UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

DEC 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RENE HINOJOSA, et al.,

Plaintiffs,

v.

DEPARTMENT OF TREASURY, et al.,

Defendants.

Civil Action No. 05-1658 (JDB)

### ORDER DIRECTING COMPLETION OF SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. More than 120 days have passed since plaintiffs filed the complaint in this case on August 18, 2005, and it does not appear from the record that defendants have been served. Accordingly, it is this 21st day of December, 2005, hereby

**ORDERED** that plaintiffs shall, by not later than January 20, 2006, either (1) file with the Court proof that defendants have been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiffs fail to comply with this Order, or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice as to the unserved defendants.

[signature]

_____
JOHN D. BATES
United States District Judge

Dated: __December 21, 2005__

Copies to:

Rene Hinojosa and Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX 78583

*Plaintiffs*