UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RENE HINOJOSA, et al.,**

    **Plaintiffs,**

        **v.**                                              Civil Action No.  05-1658 (JDB)

**DEPARTMENT OF TREASURY, et al.,**

    **Defendants.**

### ORDER

On August 18, 2005, plaintiffs filed a complaint against the Department of the Treasury and the Internal Revenue Service alleging violations of the Freedom of Information Act. The Federal Rules of Civil Procedure require that service of the summons and complaint be made upon a defendant within 120 days after the filing of the complaint. See Fed. R. Civ. P. 4(m). If it is not, the Court may dismiss the action without prejudice as to the unserved defendant(s) or direct that service be accomplished within a specified time. Id. On December 21, 2005 -- more than 120 days after the filing of the complaint -- this Court, on its own initiative, issued an order requiring plaintiffs to file with the Court by January 20, 2006, either (1) proof that defendant had been served with the summons and complaint, or (2) a written explanation as to why plaintiffs had failed to complete service within 120 days. Plaintiffs failed to comply with that order. Accordingly, it is this 26th day of January, 2006, hereby

**ORDERED** that the case is dismissed without prejudice for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      /s/ John D. Bates
      JOHN D. BATES
      United States District Judge

Copy to:

Rene Hinojosa and Deanna Hinojosa
P.O. Box 756
Rio Hondo, TX  78583

    *Plaintiffs*